**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 100 MM 2015
:
              Respondent : 
:
:
:
           v. :
:
:
:
ALTON DANIEL BROWN, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.